**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARCUS STINSON,

                  Plaintiff,

      -against-                                                      22 **CIVIL** 7621 (PGG)

## **JUDGMENT**

CUCF,

                  Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 11, 2022, the Court has dismissed the action without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is hereby entered.

**Dated:**  New York, New York
            October 11, 2022

                                                                           **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                      **BY:**      *K. Mango*

                                                                        **Deputy Clerk**